U.S. Bank N.A. v Tenenbaum (2024 NY Slip Op 03069)

U.S. Bank N.A. v Tenenbaum

2024 NY Slip Op 03069

Decided on June 5, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 5, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LARA J. GENOVESI
BARRY E. WARHIT
JANICE A. TAYLOR, JJ.

2021-00525
 (Index No. 34412/17)

[*1]U.S. Bank National Association, etc., appellant,
v
Isaac Tenenbaum, respondent, et al., defendants.

Friedman Vartolo LLP, New York, NY (Ronald P. Labeck and Oran Schwager of counsel), for appellant.

DECISION & ORDER
In an action to foreclose a mortgage, the plaintiff appeals from an order of the Supreme Court, Rockland County (Robert M. Berliner, J.), dated December 3, 2020. The order, upon the plaintiff's failure to appear at a court-ordered conference, directed dismissal of the action pursuant to 22 NYCRR 202.27.
ORDERED that the appeal is dismissed, without costs or disbursements.
No appeal lies from an order entered upon the default of the appealing party (see CPLR 5511). The proper procedure for obtaining review of an order directing dismissal of an action for failure to appear at a conference is to move to vacate the default and, if necessary, appeal from the order deciding that motion (see Matter of Board of Mgrs. of Plum Point-On Hudson Condominium I v Assessor of Town of New Windsor, 181 AD3d 591, 591-592). Accordingly, the plaintiff's appeal from the order entered on its default must be dismissed.
CONNOLLY, J.P., GENOVESI, WARHIT and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court